**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

PHILIP ROEDER; ANNA ROEDER; LISA LACKORE, individually and as mother and natural guardian of MELISSA LACKORE and COLE LACKORE, minors; SUZANNE SHAPE; GREGORY SHAPE; CLAUDIA HAYDEN AND TIMOTHY HAYDEN; On Behalf of Themselves And all Others Similarly Situated,

Plaintiffs,

v.

ATLANTIC RICHFIELD COMPANY and BP AMERICA INC.

Defendants.

Case No. 3:11-CV-00105-RCJ-WGC

**ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF REASONABLE ATTORNEY FEES, COSTS AND INCENTIVE AWARDS**

**IT IS HEREBY ORDERED**, that Plaintiffs' Motion for Award of Reasonable Attorney Fees, Costs and Incentive Awards is GRANTED.  Accordingly, Defendants shall pay:

1. Attorney fees and reimbursement of litigation costs in the amount of $2,600,000 to Class Counsel; and

2. Incentive awards totaling $45,000 allocated as follows: $5,000 each to Philip Roeder, Anna Roeder, Lisa Lackore, Suzanne Shape, Gregory Shape, Timothy Hayden, Claudia Hayden, and Margaret Pauly; $2,000 each to Melissa Lackore and Cole Lackore; and $1,000 to Ed Ryan.

IT IS SO ORDERED.

Dated this 21st day of October, 2013.

_____
ROBERT C. JONES
United States District Judge