# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP ROEDER, *et al.*,<br><br>    Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY and BP AMERICA INC.<br><br>    Defendants. | Case No.:  3:11-CV-00105-RCJ-WGC<br><br>**MINUTE ORDER RESCHEDULING STATUS CONFERENCE** |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that the Request to participate by Telephone in Status Conference Re:  Joint Motion for Deposit of Unclaimed Settlement Funds into Court Registry (ECF ## 135-138) are GRANTED.

IT IS FURTHER ORDERED that due to a conflict with the Court's Calendar, the Status Conference currently set for Monday, February 23, 2015 is VACATED and RESCHEDULED as follows:

IT IS FURTHER ORDERED that a TELEPHONIC STATUS CONFERENCE is set for 1:30 P.M., Thursday, February 19, 2015, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel shall use a land line and dial into the AT&T Meet-Me-Line, at (1 (888) 675-2535; Access Code: 2900398; Security Code: 021915) FIVE (5) minutes prior to the hearing.  Please remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS SO ORDERED this 17th day of February, 2015.

_____
ROBERT C. JONES
District Judge