# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP ROEDER; ANNA ROEDER; LISA LACKORE, individually and as mother and natural guardian of MELISSA LACKORE and COLE LACKORE, minors; SUZANNE SHAPE; GREGORY SHAPE; CLAUDIA HAYDEN and TIMOTHY HAYDEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY and BP AMERICA INC.<br><br>Defendants. | Case No. 3:11-cv-00105-RCJ-WGC<br><br>**ORDER GRANTING JOINT MOTION FOR PAYMENT OF SETTLEMENT FUNDS FROM COURT REGISTRY FOR 95 KASS LANE** |

THE COURT having considered the Parties' Joint Motion for Payment of Settlement Funds from Court Registry for 95 Kass Lane (the "Motion"), and being fully advised in the premises, hereby GRANTS the Motion, and ORDERS:

1. The Settling Parties have determined and so advised the Court that the claimants for 95 Kass Lane have provided all required documentation to support a valid claim to unclaimed settlement funds held in the court registry;

2. 95 Kass Lane is identified and listed in Table 2 of the Settling Parties' Joint Motion Under F.R.C.P 67 for Deposit of Unclaimed Settlement Funds into Court Registry and Request for Telephonic Status Conference [ECF No. 130]. The Court approved the deposit of

unclaimed settlement funds to the court registry under the terms of the Amended Class settlement Agreement and Final Judgement [ECF No. 142].

       3. The Court approves and authorizes the Clerk's office in Las Vegas to prepare and distribute the settlement payment for 95 Kass Lane. As set forth in the Motion, the dollar amount of the settlement payment for 95 Kass Lane is $25,293.87, and the Court authorizes payment of said amount from the court registry to the claimants. No interest is due and payable from the court registry on the settlement payment under the terms of the Amended Class Settlement Agreement;

       3. The Settling Parties have informed the Court that the proper claimants for 95 Kass Lane are Bonnie and Glen Nicholls, a former owner of the property. The Court Clerk is directed to prepare a check payable to Bonnie and Glen Nicholls drawn on the court registry for the amount of the payment authorized above;

       4. The Clerk's office in Las Vegas is further directed to transmit the check by first class mail to the claimants, Bonnie and Glen Nicholls, at the address provided by the Settling Parties in the Motion: 6 Pebble Beach Drive, Yerington, NV, 89477.

BY THE COURT:

_____
ROBERT JONES
United States District Judge
DATED: This 3rd day of December, 2015.